Of Counsel:
CLAY CHAPMAN IWAMURA PULICE & NERVELL

ROBERT E. CHAPMAN   #2679
  rchapman@paclawteam.com
DAVID N. MATSUMIYA   #9640
  dmatsumiya@paclawteam.com
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone No.: (808) 535-8400
Facsimile No.:  (808) 536-1141

Attorneys for Defendant
  DEUTSCHE BANK NATIONAL
  TRUST COMPANY, AS TRUSTEE
  FOR GSAMP TRUST 2004-NC2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LOTHAR KUSTER<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2004-NC2; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO.  15-CV-00305  JMS-BMK<br><br>DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S, AS TRUSTEE FOR GSAMP TRUST 2004-NC2, RULE 7.1 CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE |

**DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S, AS TRUSTEE FOR GSAMP TRUST 2004-NC2, RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAMP TRUST 2004-NC2, by and through its attorneys, Clay Chapman Iwamura Pulice & Nervell, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Corporate Disclosure Statement and states as follows:

Deutsche Bank National Trust Company (f/k/a Bankers Trust Company of California, N.A.) ("DBNTC") is a national banking association organized under the laws of the United States to carry on the business of a limited purpose trust company.

DBNTC is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under the laws of the Federal Republic of Germany.

No publicly-held company owns 10% or more of Deutsche Bank AG's stock.

DBNTC's main office is in Los Angeles, California.

DBNTC's principal office of trust administration is in Santa Ana, California.

As a national banking association, DBNTC may do business in all 50 states in the United States without having to be registered as a foreign corporation or otherwise be registered or licensed in any individual state in order to conduct business in the state.

DATED:  Honolulu, Hawaii, December 21, 2015.

         /s/ David N. Matsumiya
        ROBERT E. CHAPMAN
        DAVID N. MATSUMIYA
         Attorneys for Defendant
         DEUTSCHE BANK NATIONAL TRUST
         COMPANY, AS TRUSTEE FOR GSAMP
         TRUST 2004-NC2